**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| BRAD ACCORNERO,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>JET CUTTING SOLUTIONS, INC., a California corporation; and DOES 1 through 25, inclusive,<br><br>　　　　　Defendant. | Case No. 5:23-cv-01151-FMO-AGR<br><br>Assigned for All Purposes To:<br>Judge: Fernando M. Olguin<br><br>(Removed From San Bernardino Superior Court Case No. CIVSB2228027)<br><br>**STIPULATED PROTECTIVE ORDER**<br><br>Action Filed:　December 9, 2022 |

STIPULATED PROTECTIVE ORDER

CDF Labor Law LLP

2296457.1

## ORDER

**GOOD CAUSE APPEARING**, the Judge hereby approves the Joint Proposed Stipulated Protective Order filed by the Parties on November 7, 2023, which is now the Order of this Court.

**IT IS SO ORDERED.**

Dated: November 9, 2023

_____
Hon. Alicia G. Rosenberg
Judge of the United States District Court

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE.

I, the undersigned, declare that I am employed in the aforesaid County, State of California. I am over the age of 18 and not a party to the within action. My business address is 18300 Von Karman Avenue, Suite 800, Irvine, CA 92612. On November 7, 2023, I served upon the interested party(ies) in this action the following document described as: (PROPOSED) STIPULATED PROTECTIVE ORDER

By the following method:

Bryan J. McCormack
McCormack Law Firm
1299 4th Street, Suite 505A
San Rafael, CA 94901

E-MAIL: bryan@bmcclaw.com
rachel@bmcclaw.com
ben@bmcclaw.com

For processing by the following method:

[X] **via CM/ECF (registered)**: I hereby certify I electronically filed the above-referenced document(s) and that they are available for viewing and downloading on the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 7, 2023, at Irvine, California.

| Susanne Zimmerman | /s/ Susanne Zimmerman |
|---|---|
| (Type or print name) | (Signature) |